# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156136(13)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JERMAR WYNEAL GIBSON,
          Defendant-Appellant.

SC: 156136
COA: 337347
Wayne CC: 11-009271-FC

_____/

        On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation of the application for leave to appeal is GRANTED. The application submitted on July 14, 2017, is accepted for filing



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk